FILED'08 JUL 01 11:28USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMARA JUNGENBERG,

    Plaintiff,

                                   Civil No. 07-312 HA

    v.

                                   JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Based on the record,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this ____1____ day of July, 2008.

                                                      ANCER L. HAGGERTY
                                                      UNITED STATES DISTRICT JUDGE