Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED '08 JUL 16 10:26 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMARA JUNGENBERG<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>Defendant. | CV 07-312-HA<br><br>ORDER FOR EAJA<br>ATTORNEY FEES |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $4,874.01 for attorney fees to Plaintiff in care of Plaintiff's attorney to be mailed to Plaintiff's attorney at PO Box 98, Summertown, TN 38483

It is so ORDERED July

Dated this 16, day of 2008

/s/ signature
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES